William H. Burn, appellee, v. Lee Sturges, appellant. Gen. No. 34,564.

Opinion filed March 24, 1931.

Scott, MacLeish & Falk, for appellant; John E. MacLeish and C. C. Sprague, of counsel. C. E. Stenning, C. C. Cunningham and C. L. Mahony, for appellee; Chester D. Kern, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Harry J. Fireman, appellee, v. Oliver F. Smith et al., defendants, on appeal of Oliver F. Smith, appellant. Gen. No. 34,579.

Opinion filed March 24, 1931.

Ossian Cameron and Edward H. S. Martin, for appellant. Wolfsohn & Fireman, for appellee; Arthur Chittick, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Michael M. Egan, appellee, v. Carlos Ames et al., appellants. Gen. No. 34,583.

Opinion filed March 24, 1931.

Samuel A. Ettelson, Corporation Counsel, and Francis J. Vurpillat, Special Assistant Corporation Counsel, for appellants. No appearance for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Merchants and Manufacturers Securities Company, appellant, v. John Duffy and Mrs. John Duffy, also known as Margaret Duffy, appellees. Gen. No. 34,589.

Opinion filed March 24, 1931.

Mort D. & Frank Goldberg, for appellant; Frank Goldberg and Jack Lasky, of counsel. Harry D. Knight, for appellees.

Mr. Justice Kerner delivered the opinion of the court.